## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 14-50039-399 |
| SCOTT L OATMAN ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | March 11, 2015  10:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The Mandatory Model Plan has not been used or has been modified.  The current version of the Mandatory Model Plan is available on the Bankruptcy Court's website.
2. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts.  11 U.S.C. §§ 1322(a)(2) & 1325(a)(5)(B)(ii)
3. The plan provides for interest to secured creditors at a rate other than that determined by the Clerk under Local Rule 3015-2(E).
4. The plan fails to pay the full attorney fee owed per the 2016(b) form.
5. The set monthly payments to be made by the Trustee exceed the plan payment.
6. SCHEDULE D OMITS CREDITOR IN 5C.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: March 05, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCONFAF--KLW | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

   The undersigned hereby certifies that he served the above notice on this day of March 05, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

                                                                            /s/ John V. LaBarge, Jr.

| | | |
|---|---|---|
| 14-50039-399 | **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** | 03/05/2015 |
| | | Page 2 of 2 |

SCOTT L OATMAN
PO BOX 291
ANNAPOLIS, MO  63620

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123